STEPHEN L. RAM, State Bar No. 240769
  sram@stradlinglaw.com
LISA M. NORTHRUP, State Bar No. 293784
  lnorthrup@stradlinglaw.com
AHMAD S. TAKOUCHE, State Bar No. 322911
  atakouche@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH A PROFESSIONAL
CORPORATION
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone:  949 725 4000
Facsimile:  949 725 4100

Attorneys for Plaintiff and Counterdefendant
TAKEYA USA CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION AT SANTA ANA

| | |
|---|---|
| TAKEYA USA CORPORATION, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> POWERPLAY MARKETING GROUP, LLC, and DOES 1 through 10, inclusive, <br><br> Defendant. | CASE NO. 8:21-cv-00835 JVS (DFMx) <br> Hon. James V. Selna <br><br> **PLAINTIFF AND COUNTERDEFENDANT TAKEYA USA CORPORATION'S WITNESS LIST** <br><br><br> **Pretrial-Conference** <br> **Date:**  September 19, 2022 <br> **Time:**  11:00 a.m. <br> **Dept:**  10C <br><br> **Trial** <br> **Date:**  **October 4, 2022** <br> **Time:**  **8:30 a.m.** <br> **Dept:**  **10C** |
| POWERPLAY MARKETING GROUP, LLC <br><br> Counterclaimant, <br><br> vs. <br><br> TAKEYA USA CORPORATION, a California corporation <br><br> Counterdefendant. | |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

1    Pursuant to Local Rule 16-5 and Federal Rule of Civil Procedure 26(a)(3),

2  Plaintiff and Counterdefendant Takeya USA Corporation ("Takeya") hereby

3  submits its witness list for trial.  Takeya designated witnesses who it may call if the

4  need arises with an asterisk (*).

5        1.    Timothy Bennett

6        2.    Alexandra De La Riva

7        3.    George Gelfer

8        4.    Carolyn LaGioia

9        5.    Gretchen Olson

10       6.    Jeff Petschl

11       7.    Holly Seamons

12       8.    Michael Spindler

13       9.    Ken Tran

14       10.   Jenny Yang:  contact via counsel Court Anderson, Esq., Henson

15             Efron, 225 South Sixth Street, Suite 1600, Minneapolis, Minnesota,

16             55402; canderson@hensonefron.com; (612) 252-2882

17  Takeya reserves the right to call any witnesses identified by defendant and

18  counterclaimant PowerPlay Marketing Group, LLC and additionally reserves the

19  right to designate additional witnesses or otherwise amend this witness list.

20

21  DATE: August 29, 2022               /s/ Stephen L. Ram
22                                      Stephen L. Ram
                                        Lisa M. Northrup
23                                      Ahmad S. Takouche
                                        Attorneys for Plaintiff and
24                                      Counterdefendant TAKEYA USA
                                        CORPORATION
25

26

27

28

Stradling Yocca
Carlson & Rauth
Lawyers
Newport Beach

2
TAKEYA USA CORPORATION'S WITNESS LIST
4872-8591-6206v3/105043-0001                              8:21-cv-00835 JVS (DFMx)