JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TAKEYA USA CORPORATION, a California corporation, | Case No. 8:21-cv-00835-JVS-DFM |
| Plaintiff/Counterdefendant, | **JUDGMENT AFTER JURY TRIAL** |
| v. | |
| POWERPLAY MARKETING GROUP, LLC, and DOES 1 through 10, inclusive, | |
| Defendant/Counterclaimant | |

# JUDGMENT

On September 1, 2022, the Court issued its Order regarding cross-motions for partial summary judgment brought by Plaintiff and Counterdefendant Takeya USA Corporation ("Takeya") and Defendant and Counterclaimant Power Play Marketing Group, LLC ("PowerPlay"). Therein, the Court granted partial summary judgment as follows:

1. As to Takeya's First Cause of Action for Declaratory Judgment, the Court granted partial summary judgment in favor of Takeya and against PowerPlay.

2. As to Takeya's Third Cause of Action for Breach of the Implied Covenant of Good Faith and Fair Dealing, the Court granted partial summary judgment in favor of PowerPlay and against Takeya.

3. As to Takeya's Fourth Cause of Action for Fraudulent Inducement, the Court granted partial summary judgment in favor of PowerPlay and against Takeya.

4. As to PowerPlay's First Counterclaim for Violation of Minnesota Statute § 325E.37, the Court granted partial summary judgment in favor of Takeya and against PowerPlay.

5. As to PowerPlay's Second Counterclaim for Breach of Contract, the Court granted partial summary judgment in favor of Takeya and against PowerPlay on the portions of this claim relating to (a) Takeya's discussions with former PowerPlay employee Jenny Yang; (b) Takeya's hiring of Creative Partners Group ("CPG") prior to the termination of the Sales Representative Agreement ("SRA"); and (c) improperly terminating Powerplay.

6. As to PowerPlay's Third Counterclaim for Breach of the Implied Covenant of Good Faith and Fair Dealing, the Court granted partial summary judgment in favor of Takeya and against PowerPlay on the

portion of this claim relating to (a) Takeya's alleged threat to withhold commissions from PowerPlay unless PowerPlay accepted a lower commission rate for certain items; (b) improperly terminating Powerplay; (c) failing to pay Powerplay for commissions earned under the parties' written contracts; (d) disclosing Powerplay's proprietary information to CPG and other competitors; and (e) conspiring with Jenny Yang to misappropriate Powerplay's proprietary information.

7. As to PowerPlay's Fourth Counterclaim for Unjust Enrichment, the Court granted partial summary judgment in favor of Takeya and against PowerPlay.

The claims remaining following the Court's Order Regarding Motions for Summary Judgment came on regularly for trial beginning on October 4, 2022, in Courtroom 10C of this United States District Court. Takeya was represented by Stephen Ram, Lisa Northrup, and Ahmad Takouche, and PowerPlay was represented by Mary O'Brien, Kathryn Wendt, and Elizabeth Schilken.

A jury of eight persons was regularly empaneled and sworn, with one juror subsequently excused for illness. Witnesses were sworn and testified. After hearing the evidence, the Court granted in part Takeya's motion for judgment as a matter of law as to PowerPlay's breach of the implied covenant of good faith and fair dealing counterclaim related to the theory that Takeya breached by terminating the SRA to avoid paying post-termination commissions to PowerPlay. After hearing the arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and returned to Court with its verdict on October 13, 2022.

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that final judgment in this action be entered as follows:

1. Judgment is entered in favor of Takeya and against PowerPlay on Takeya's First Cause of Action for Declaratory Judgment.

2. Judgment is entered in favor of PowerPlay and against Takeya on Takeya's Second, Third, and Fourth Causes of Action, and Takeya shall take nothing by those claims.

3. Judgment on PowerPlay's Third Counterclaim for Breach of the Implied Covenant of Good Faith and Fair Dealing, only insofar as related to the theory that Takeya breached by terminating the SRA to avoid paying commissions owed to PowerPlay for orders placed prior to and including April, 11, 2021, the effective date of the termination, is entered in favor of PowerPlay and against Takeya in the amount of $83,000.00 in damages.

4. Judgment on PowerPlay's Third Counterclaim for Breach of the Implied Covenant of Good Faith and Fair dealing is otherwise entered as to all other theories of breach in favor of Takeya, and PowerPlay shall taking nothing additional by way of these additional theories of breach.

5. Judgment is entered in favor of Takeya and against PowerPlay on PowerPlay's First, Second, and Fourth Counterclaims, and PowerPlay shall take nothing by those counterclaims.

6. Costs and reasonable attorneys' fees shall be recovered to the extent ordered by the Court.

7. Post-judgment interest shall accrue on the $83,000 in damages upon entry of Judgment plus any award of costs and attorneys' fees in accordance with 28 U.S.C. § 1961.

IT IS SO ORDERED.

DATED: March 16, 2023

_____
The Honorable James V. Selna
United States District Judge